IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

HOPE Z.,

     Plaintiff,                           Case No. 3:25-cv-400

vs.

COMMISSIONER OF THE SOCIAL        District Judge Michael J. Newman
SECURITY ADMINISTRATION,        Magistrate Judge Kimberly A. Jolson

     Defendant.

---

**ORDER: (1) GRANTING THE PARTIES' JOINT MOTION FOR REMAND (Doc. No. 11); (2) REMANDING THIS CASE TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR FURTHER PROCEEDINGS; (3) ORDERING THE ENTRY OF FINAL JUDGMENT IN PLAINTIFF'S FAVOR; AND (4) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

This Social Security disability benefits appeal is before the Court on the parties' joint motion to remand this case to the Commissioner for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g).  Doc. No. 11.  Upon careful review of the record, and based on the parties' agreement regarding the need for a remand of this matter, *see id*., the Court concludes that a remand is warranted because of deficits in the Administrative Law Judge's evaluation of the medical opinion evidence.  The Court concludes that the requirements of a Sentence Four remand have been satisfied and, consequently, (1) **GRANTS** the parties' joint motion for remand; (2) **REVERSES** the ALJ's decision; and (3) **REMANDS** this case to the Commissioner under Sentence Four of 42 U.S.C. § 405(g) for proceedings consistent with the parties' Joint Motion and this Order.

Upon remand, the Appeals Council will vacate all findings in the ALJ's decision and instruct the ALJ to further consider Plaintiff's claim, take any further action necessary to complete

the administrative record, and issue another decision.  The Clerk of Court is **ORDERED** to enter

final judgment in Plaintiff's favor.

This case is **TERMINATED** on the docket.

**IT IS SO ORDERED.**

 July 10, 2026                                                    s/*Michael J. Newman*
                                                                          Hon. Michael J. Newman
                                                                          United States District Judge